UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, an Ohio insurance corporation | Case No.2:18-cv-10742-AC-EAS<br>Hon. Avern Cohn |
| Plaintiff/Counter-Defendant, | |
| v. | |
| STERIMED MEDICAL WASTE SOLUTIONS, INC., a Delaware corporation | |
| Defendant/Counter-Plaintiff | |

_____/

Phillip G. Alber (P24802)  
Omar J. Harb (P51306)  
ALBER FRANK, PC  
Attorneys for Plaintiff  
2301 W. Big Beaver, Suite 300  
Troy, MI 48084  
(248) 822-6190  
palber@alberfrank.com  
oharb@alberfrank.com  

Matthew Kennison (P79653)  
Joseph Coburn (P81417)  
Riley Safer Holmes & Cancila LLP  
121 W. Washington, Suite 402  
Ann Arbor, MI 48104  
mkennison@rshc-law.com  

JOSHUA D. HOLLEB (ARDC #6185409)  
Klein, Paull, Holleb & Jacobs, Ltd.  
660 LaSalle Place, Suite 100  
Highland Park, IL 60035  
(847) 681-9100  
jdh@labor-law.com  
*Admission to E.D. Michigan to be submitted*

_____/

**STIPULATED ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**

1

# STIPULATED ORDER OF DISMISSAL
# WITH PREJUDICE AND WITHOUT COSTS

THE PARTIES having stipulated below to the dismissal of both the complaint and counter claim in this action with prejudice and without costs, with each side bearing its own attorneys' fees; and

The Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that complaint and counter claim in this action are Dismissed With Prejudice and Without Costs, with each side bearing its own attorneys' fees.

Dated:  4/3/2019          S/Avern Cohn
                          UNITED STATES DISTRICT COURT JUDGE

**STIPULATED AND APPROVED AS TO FORM AND CONTENT:**

| ALBER FRANK, PC | Riley Safer Holmes & Cancila LLP |
|---|---|
| By:  *Phillip G. Alber* | By:  */s/Matthew Kennison* |
| Phillip G. Alber (P24802) | Matthew Kennison (P79653) |
| Omar J. Harb (P51306) | Joseph Coburn (P81417) |
| Attorneys for CIC | Attorneys for Defendants |

Klein, Paull, Holleb & Jacobs, Ltd.

By:          */s/Joshua D. Holleb*
Joshua D. Holleb (ARDC #6185409)
Attorneys for Defendants

F:\DOCS\1514\082\ORDER\00353348.DOCX

2